Frank Pavlik, appellant, v. Joe Menoni and Egidio Mocogni, appellees. Gen. No. 8,048.

Opinion filed October 19, 1929.

J. Wesley Amundson, for appellant. J. A. Miller, for appellees; Sidney H. Block, of counsel.

Mr. Presiding Justice Boggs delivered the opinion of the court.

Bertha Glafka, appellant, v. Citizens State Bank of Walnut and John L. Applen, sheriff, appellees. Gen. No. 8,105.

J. J. Ludens and George W. Fox, for appellant. Josef T. Skinner, for appellees.

Mr. Presiding Justice Boggs delivered the opinion of the court.

Eva Fridae, appellant, v. Mike Fridae, appellee. Gen. No. 8,113.

Opinion filed November 15, 1929.

Pence B. Orr, for appellant. Francis J. Loughran, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.

Sara P. McBurnie, appellee, v. Ralph N. Bailey, appellant. Gen. No. 8,137.

Opinion filed November 15, 1929.

Joseph Storey, for appellant. Todd, Morgan, Pendarvis & Arber, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court.